IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA BRADFORD**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
*ADC #153212*

v.　　　　　　　　　CASE NO. 4:24-CV-00861-BSM

**MIKE KONADLE,** *et al.*　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE